UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

```
----------------------------------------- x
PAMELA WITH; JACQUELINE               :
CHRISTIANSEN; AND, GLENWOOD           :
JOHNSTON; on behalf of themselves and :
similarly situated                    :
employees,                            :   Civil Action No. 2:19-cv-00358 NBF
                                      :
        Plaintiffs,                   :   Filed Electronically
                                      :
            v.                        :
                                      :
SCHLUMBERGER LIMITED                  :
                                      :
        Defendant.                    :
----------------------------------------- x
```

**PLAINTIFFS' MOTION TO AMEND THE CASE CAPTION**

**AND NOW COME PLAINTIFFS**, by and through their undersigned counsel, Joseph H. Chivers, Esquire, and respectfully request the caption in this matter be amended.

Plaintiffs filed their initial Complaint (ECF No. 1) against Defendant Schlumberger Limited. Plaintiffs have filed an Amended Complaint (ECF No. 16) to add additional Defendants, Schlumberger Oilfield Services and Schlumberger Technology Corporation.

**WHEREFORE**, Plaintiffs respectfully request the above caption be amended to state "Pamela With; Jacqueline Christiansen; and, Glenwood Johnston, et al., on behalf of themselves and similarly situated employees, Plaintiffs, v. Schlumberger Limited; Schlumberger Oilfield Services; and, Schlumberger Technology Corporation, Defendants."  A proposed Order is attached.

Respectfully submitted,

s/ Joseph H. Chivers

Joseph H. Chivers, Esq.
jchivers@employmentrightsgroup.com
THE EMPLOYMENT RIGHTS GROUP LLC

100 First Avenue, Suite 650
Pittsburgh, PA 15222
Tel.: (412) 227-0763

*Counsel for Plaintiffs*
*and all others similarly situated*